UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEYEMBO MIKANDA,

                      Plaintiff,

-against-

CHIEF OF POLCIE ANTJE MCNEELY,

                      Defendant.

23-CV-8169 (LTS)

CIVIL JUDGMENT

For the reasons stated in the November 15, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  November 15, 2023
          New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge